# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __FLORIDA__

2004 DEC 14 PM 2:01

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CHARLES THOMPSON, on behalf of himself
and all others similarly situated,

    Plaintiffs,

    v.

A NATIVE TREE SERVICE, INC., a Florida
corporation; DAYNE TOMASETTI, an individual
resident of the State of Florida; and ANGELA
TOMASETTI, an individual resident of the State
of Florida,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-23117**

**CIV - UNGARO - BENAGES**

**MAGISTRATE JUDGE BROWN**

TO: [Name and Address of Defendant]:   DAYNE TOMASETTI
15733 S.W. 117th Avenue
Miami, Florida 33177

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

LAW OFFICES OF DONALD J. JARET, P.A.
Adler Plaza Building
1400 N.W. 107th Avenue, Suite 201
Miami, Florida 33172
Tel: (305) 740-3383
Fax: (305) 740-3385

an Answer to the Complaint which is herewith served upon you, within __twenty (20) days__ after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your Answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

*Martha Diaz*

BY DEPUTY CLERK

DATE 12/14/04

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me.[1] | DATE |
| NAME OF SERVER | TITLE |

**Check one box below to indicate appropriate method of service**

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

[1] Together with: (1) Notice of Consent and (2) Notice of Lien and Limitation of Client Right to Settle.

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____      _____
                        Date                                    Signature of Server

                                                 _____
                                                 Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure